Court of Criminal Appeals of Texas
Attn: Abel Acosta, Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 20 2015
Abel Acosta, Clerk

43,586-08

Cause Number: 1998-CR-3488

Wednesday, August 19, 2015

Dear Mr. Abel Acosta, Clerk, I filed My Notice of Appeal, With Motion to DisQualify Trial Judge, Susan D. Reed according to 28 U.S.C. § 2253(c)(2), Rule 11, Time of Appeal, Federal Rule of Appellate Procedure 4(a) governs the time to Appeal an order entered under these rules. See Heath v. State, 335 (Tex. Cr. App. 1991) Ex Parte Patterson, 969 S.W. 2d 16 (Tex. Crim. App. 1998). Habeas Corpus, Key 864(7) Remand, as facts alleged by petitioner might entitle him to relief, if TRUE, U.S.C.A. Const. Amend. 6; Vernon's Ann. Texas C.C.P. art. 11.07, § 3d). Indictment and Information Key 196(5) Voidness of judgment arising from that instrument is Cognizable at anytime, Vernon's Ann. Texas C.C.P. art. 1.14(b) Vernon's Ann. Texas Const. Art. 5, § 12(b). that requirement that it is void and incapable of invoking court's jurisdiction, Vernon's Ann. Texas Const. Art. 5 § 12(b). procedural default, Texas Code Crim. Proc. Art. 42.12, § 5(a). confinement were void, Vernon's Ann. Texas C.C.P. art. 42.12, § 3g(a)(1)(C,D). I filed 8-10-15, 7-30-2015, Alleging with FACTS as (21) Exhibits, 2 sheets of Judgment of Conviction in 96-CR-1186, 3 sheets of Oath of Office, 1987, 1991, 1995, 3 sheets of Writ 1, 96-CR-1186, 3 sheets of Writ 3, in Cause No. 1998-CR-3488, Facts showing Susan D. Reed was Trial Judge for 12 long years, then went to head District Attorney in November, 1998, in Same Criminal Conviction, in Cause No. 98-CR-3488 where the Court of Criminal Appeals Reversed and Remanded, Citing Lee v. State, 555 S.W. 2d, 151, IN RE K.E.M. 829, 89 S.W. 3d 814 (Tex. App. - Corpus Christi 2002) Vernon's Ann. Texas Rules Civ. Proc. Rule 18b(1)(a); Vernon's Ann. Texas C.C.P. art. 30.01; Government Code Title 2, Subtitle G, APP. Code of Jud. Conduct, Canon 2A. Please give me My receipt for filing, before I file to Supreme Court, with No Answers from your Court, Sincerely Requesting,
James Rebector #896933
James Rebector

turn to back

Alfred D. Hughes Unit, 7G21-28B
Route 2, Box 4400
Gatesville, Texas 76597-4400
(254)865-6663, Unit Warden

Alfred D. Hughes Unit, 7G21-28B
Route 2, Box 4400
Gatesville, Texas 76597-4400